# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 17-32866-BJH-7  
**Case Name:** LAWRENCE BUILT, LLC

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 07/30/2017 (f)  
**§ 341(a) Meeting Date:** 09/12/2017

**For Period Ending:** 11/18/2022

**Claims Bar Date:** 01/03/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A/R 90 days old or less. Face amount = $29260.52. Doubtful/Uncollectible accounts = $0. | 29,260.52 | 29,260.52 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $0.Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cause of action against ARC Roofing (see lawsuit information provided in SOFA), . Amount Requested: $ | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 4 | 2012 Chevy Silverado VIN #: 3GCUCSE2XCG203217. Valuation Method: | 21,000.00 | 21,000.00 | | 5.00 | FA |
| 5 | 2016 Chevy Silverado VIN #: 3GCPCSEC8GG103113. Valuation Method: | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 6 | Checking account Account at Checking account @ Chase, xxxxxx5982 (u) | 493.17 | 493.17 | | 0.00 | FA |
| 7 | Savings account Account at Savings account @ Chase, xxxxxx6370 (u) | 1.00 | 1.00 | | 0.00 | FA |
| 8 | Checking account Account at Checking account @ Frost, xxxxxx8363 (u) | 893.62 | 893.62 | | 0.00 | FA |
| 9 | 2016 18' Trailer. Valuation Method: (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Potential fraudulent transfers/preference action (u)<br>Exact amount of the demand is still to be determined. | 0.00 | 1,000.00 | | 0.00 | FA |
| 11 | Undisclosed assets -- see memo for description (u)<br>Trustee discovered undisclosed assets which, after investigation, would yield no benefit to the creditors of the estate.  These assets were abandoned 1/28/19 -- 16' Load Trail Flatbed Trailer, Serial #4ZE 15360; DeWalt 7000 Watt Portable Generator, Model #DXGNR7000; Briggs & Stratton 8000 Watt Portable Generator, Model #030664; Honda Roof Cutter. | 0.00 | 1,000.00 | | 0.00 | FA |
| 11 | **Assets      Totals**      (Excluding unknown values) | **$121,648.31** | **$123,648.31** | | **$5.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/18/22 -- Unclaimed funds have been deposited into the Registry of the Court.  Trustee filed her Report of No Distribution on November 10, 2022.

**Initial Projected Date Of Final Report (TFR):**      12/31/2018      **Current Projected Date Of Final Report (TFR):**      09/30/2022

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 17-32866-BJH-7     **Trustee Name:** (631510) Diane G. Reed
**Case Name:** LAWRENCE BUILT, LLC     **Date Filed (f) or Converted (c):** 07/30/2017 (f)
    **§ 341(a) Meeting Date:** 09/12/2017
**For Period Ending:** 11/18/2022     **Claims Bar Date:** 01/03/2018

| 11/18/2022 | /s/Diane G. Reed |
|---|---|
| Date | Diane G. Reed |